UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

~~Department of Community Superintendent of ~~cox
~~Corrections~~ Khalif Abdullah

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

-against-

~~Consolidated~~ Department of Corrections, J. Wilcox, Sgt S. leon

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.



RECEIVED
JAN 22 2025
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Khalif__          __TaRiQ__              __Abdullah__
First Name           Middle Initial          Last Name

__N/A__
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__349-270-1626    Rikers Island, Attica 14A2966__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__Rikers Island__
Current Place of Detention

__1600 hazen St__
Institutional Address

__East Elmhurst__              __NY__          __11370__
County, City                    State           Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Department    Last Name: of Correction    Shield #:
Current Job Title (or other identifying information): Employers
Current Work Address: 1220 Washington    Zip Code: 12220
County, City: Albany    State: NY

**Defendant 2:**
First Name: Sgt S.    Last Name: Leon    Shield #: N/A
Current Job Title (or other identifying information): Sergent
Current Work Address: Attica Correctional facility    Zip Code: 10064
County, City: Attica    State: NY

**Defendant 3:**
First Name: Super Intendent    Last Name: J. Wilcox    Shield #:
Current Job Title (or other identifying information): Sup. Intendent at Attica Correctional facility
Current Work Address: Attica Correctional facility    Zip Code: 10064
County, City: Attica    State: NY

**Defendant 4:**
First Name:    Last Name:    Shield #:
Current Job Title (or other identifying information):
Current Work Address:    Zip Code:
County, City:    State:

Page 3

## V.  STATEMENT OF CLAIM

Place(s) of occurrence: <u>Attica Correctional facility</u>

Date(s) of occurrence: <u>July 24, 2023</u>

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

While doing 11 years, i was in Attica Correctional facility ~I wrote J Wilcox The Super intendent At The Time A letter Containing Personal information Requesting To move off my Block (D) So That i may go home in peace which was set for Sep. 28. 2023. I had "no" Enemies nor Did i ever state in The letter That i had Enemies. The Sup int Sent The letter To Sgt S leon who Then was became mad At me for mistakenly Pronouncen her name "leona" in A letter written To The facility Requesting To move. Prior on July 24 At 11:00 oclock while i was using The Kiosk, i seen Sgt leon Walking with A member of The "bloods" into her office with my letter (I saw my hand written). Upoun exiting The Room She look Directly At me And said " hes snitching Right "? An The Inmate said yes. (All of This is well documented on "Camera" In Grievances, letters To OSI, FBI, The Commissioner, The Governor Albany (1220 washington), P.C Reports, Special investigation unit, and Many Other Agencies i wrote while in Attica. After That i had A bunch of enemies, I was labeld A Rat ~ made A Blood "hit" And was marked for death inside Prison And outside Prison by gangs. The state officer And Employees you encounter have The same Duty not To harm you And your Property That other citizen have, and because They Are state Actors They also have A Duty not To violate your

Page 4

federal and Constitutional Rights. The Defendents used cruel and un-usual Punishment to Abuse me And violated my Constitutional protections. After being labeld A "Rat" An place on multiple Gang "Hit list" by gang hierarchy 2 Attempts, 2 seperate Time was made on my Life At Attica forcen me To Sign into P.C Two Times Just so I would not catch a Ticket (by fighten) An Ruin my chances To go home. I was so "humiliated"- The whole Jail was Tring To Kill me And The turture contiue on The P.C Block As bullies would Constantly "yell" Rat, Snitch, ~~~~ while on 24 lockdown In The Protective unit.

**INJURIES:** Continued on (pg 2) - - - - - -

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

i was diagnosed with PTSD where i have to take buspirone, clonidine, paroxetine. (Mental Anguish) "Defamation"- i was lable A "Snitch" and A Rat because of The defendents Action, "incarceration" because of The Defendant Action- i was "bullied" leading To A Alleghe incident with a gang member Causing my Arrest. because of defendents Action Iam being Jump "Now" in every gang house I've Been in on Rikee Island, ive been stabbed in The head leaven A 1cm laceration To The head Needing Recomended Staple's And Stictthess. I Recieve Damage to my Eye Needing Stronger Glasses.

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

i want The Relief of 225 million$ paid in full by Defendents I want Sgt leon "fired" for her Role in damaging my Life I want Sup intendent Jo Wilcox fired for her Role in Damaging my Life An The Department of Correction thouroghly Investigated for Allowing Staff Malfesance agianst Residence During There watch (Attica)

Continued pg 2

Continued.....                                                                                                                2

This was also Placed on The Record As i Constantly wrote Grievances, state agencies The FBI, OSI, SIU, Albany, The Commissioner, The governor, The Sup int And many other agencies I wrote while At Attica. Sep 28Th 2023 I was Realeased on Parole from Attica Correctional facility. Once i was Out i Thought The Danger was "Over" but i Was Release into The NYC Department of homeless Services. An once There I would be met with brutal Tourture And harrassment from The minions Of The old gang hiearchey incounterd Upstate (At Attica). Due To The Defendents Actions i Accumalated These enemies which put me At A higher Risk of Re offending. I Tried To ignore it Because i knew I was on Paroll AS A "Violent felon" but The Sufferings Mental Anguish incounterd while in These Shelters was So overwhelming i Just wanted to Commit Suicide. Because of the defendent Actions I was bullied, haze, called A Rat, "snout" I had No friend An was always under The Scope of my "Enemies". it was Tourture. And many days I felt Like Exploding. while This was happening me i made Sure i Stayed Programming, gaining Certification in Trades, working in Internships

Case 6:25-cv-06118-MAV   Document 1   Filed 01/22/25   Page 7 of 10

3

And Complying with Paroll so much That I was set to be Realeased in 2 1/2 years on a 5 year Supervision. I was Now And Then Reformed And Working Towards building my life, I obtained my Subsidy voucher And was looking for housing To move out of The Shelter, I Got my permitt To Drive And was working Towards obtaining my Cdl - # 9150-0008 Attending work Help for Programing And was Soon To be Employed as a Certified Constodial maintenance tecgnition, But Every night I would Return back to The Shelter And would Be met with The most furousious bullying And harrassment That it began To overwhelm me "Mentally". I moved To "4" Shelters during my 7 months free. The last Shelter I was in was Wards Island, This Shelter was no diffrent Then Attica. I was harrassed mentally ~~tourted~~ Tourtured And Abused, I was called a "Snitch", A Rat, my bed space was Violated. I was threadend with "Violence" I Notified staff, particulary my Counselor M.S Cruz - I Told her The gang5 Hide in numbers so its hard To pin point them. She Told me They Could Not Move me Untill Something Physically happens to me. Since I Could Not just Pack my stuff And "leave" (Cause I was on Paroll) I was just "Stuck" To Endure the tourtur And bullying.

I became overwhelmed emotionally which lead to a "Alleged" Altercation with a gang member for that "Attempted murder" 4·25·2024, upon my arrest, I was placed in a cell for countless hours, I was then place on Rikers Island where i am being abused verbally harrassed, "isolated" and bullied in every gang house i'm in. I was jumped nomourous times by "SRG" Gang members, stabbed in my head And loss some of my sight in the "Right Eye" which i now need "Stronger" Glasses. i spent 9 months incarcerated up untill this date 1/10/25 And I am requesting 225 million $ in damages that stemmed from the defendents violation of my constitution right.

I wrote Sup int a letter requesting to move blocks and acting in concert with the Sgt she took the letter and attempted to get me killed.

Sgt Leon took a letter and show it to gang members got me "put out there" on "hit list" + labled a rat in a Attempt to get me killed by gang members And its all on "Record" (including camera)

This was cruel and unusal punishment inflicted and a violation of my constitutional rights - "the state employees violated there duty not to harm me"

The Department of Correction are responsible for hiren these "dirty Employees" making them responsible as well. brutal tatics are being use by state employee to abuse us as witness by the murder took place on camera in mercy c.f. my claim is true and can be proven!

Khalif A....

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated: Jun. 10, 2025 | Plaintiff's Signature: Khalif Abdullah |
|---|---|

First Name: Khalif   Middle Initial: Tariq   Last Name: Abdullah

Prison Address: 1600 Hazen St

County, City: East Elmhurst   State: NY   Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 4/11/25

Page 6



FCM LETTER
ASTORIA, NY 11103
JAN 15, 2025
$8.50

Pro Se Intake Window
Location
500 Pearl Street
New York NY 10007

Khalif Adu...an
349 2401 26
1600 Ha... n St
East Elm...t NY 11370